Alan Harris (SBN 146079)
Jonathan Ricasa (SBN 223550)
HARRIS & RUBLE
5455 Wilshire Boulevard, Suite 1800
Los Angeles, CA 90036
Tel: 323.931.3777
Fax: 323.931.3366

Attorneys for Plaintiffs

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVE HAWK, ALBERTO CASTELLANOS, JOSH KING, VANCE LORENZINI, BRUCE MIYAKI, DUSTIN POULTON, JASON SMITH, KENNETT VENABLE, and TAD YENAWINE,<br><br>Plaintiffs,<br><br>v.<br><br>PAYDAY CALIFORNIA, INC., STONEY ROAD PRODUCTIONS, and Doe 1 through and including Doe 100,<br><br>Defendants.<br><br>AND CONSOLIDATED AND CROSS ACTIONS. | Case No.: CV 07-5032 VBF (JTLx)<br><br>**ORDER RE REMAND**<br><br>*Honorable Valerie Baker Fairbank*<br>Courtroom 9 |

**ORDER**

FOR GOOD CAUSE SHOWN after Court and Counsel conferred at the Pretrial Conference on October 1, 2008, the Court declines to exercise supplemental jurisdiction over Plaintiffs' state law causes of action in Hawk, et al. v. Payday California, et al., Case No. CV 07-5032 VBF (FFMx) ("Hawk Action"). The Hawk Action consists of two consolidated claims: Dave Hawk, et al. v. Payday California, Inc., formerly Los Angeles

1  Superior Court case number BC319195 and <u>Stoney Road Productions, et al. v. Vance
2  Lorenzini, et al.</u>, formerly Los Angeles County Superior Court case number BC349413.
3  Accordingly, the Court hereby remands the action to the Superior Court of Los Angeles.
4      IT IS SO ORDERED.

*/s/ Valerie Baker Fairbank*

6  Dated: October 10, 2008

7                      UNITED STATES DISTRICT COURT